ST. PIUS X HOUSE OF RETREATS, SALVATORIAN FATHERS
v. THE DIOCESE OF CAMDEN, NEW JERSEY.

February 10, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. TOYOTA TOWN, INC.

February 10, 1981.

Petition for certification denied.

CHRISTIAN J. OCHS v. FEDERAL INSURANCE COMPANY.

February 10, 1981.

Petition for certification granted.   (See 177 *N.J.Super.* 19)

STATE OF NEW JERSEY v. LUIS MARTINEZ.

February 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MARSHALL RUFFIN.

February 18, 1981.

Petition for certification denied.